UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAPIER, INC.<br>   Plaintiff,<br><br> v.<br><br>AVANSABER, INC. et al.,<br><br>   Defendants. | Case No. 2:22-cv-07839-SB-PD<br><br>ORDER TO SHOW CAUSE RE:<br>LACK OF PROSECUTION |

  The complaint in this case was filed on October 27, 2022. Dkt. No. 1. Generally, defendants other than the United States must answer a complaint within 21 days after being served. *See* Fed. R. Civ. P. 12(a)(1). Plaintiff filed a proof of service indicates that because Defendant Avansaber, Inc. was served on October 31, 2022, a responsive pleading was due on November 21, 2022. None has been filed, and Plaintiff has not sought entry of default or default judgment as to this Defendant. Plaintiff is ordered to show cause, in writing, no later than December 12, 2022, why this action should not be dismissed for lack of prosecution as to Defendant Avansaber, Inc.

  The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of an application for entry of default under Rule 55(a). No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15.

  Upon receipt of the remedy mentioned above, this Order to Show Cause will be automatically discharged without further order. Failure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety.

IT IS SO ORDERED.

Date: December 5, 2022

                       _____
                        Stanley Blumenfeld, Jr.
                        United States District Judge